UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANGELA MARY WHITE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:23-CV-14-SPM |
| MARTIN J. O'MALLEY,<br>Commissioner of Social Security,[1] | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Memorandum Opinion entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Judgment is entered for Defendant Martin J. O'Malley, Commissioner of Social Security, and against Plaintiff Angela Mary White, and Plaintiff's Complaint (ECF No. 1) is **DISMISSED**, with prejudice.

SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE

Dated this 4th day of September, 2024.

---

[1] Martin J. O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin J. O'Malley should be substituted, therefore, for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).